**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JOSEPH J. BELILE,

                                  Plaintiff,

  -vs-                                                               9:15-CV-423

DAN DOMINIE,

                                  Defendant.

---

**Thomas J. McAvoy,**
**United States District Judge**

## DECISION and ORDER

       This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the March 21, 2016 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

       Accordingly, the Report and Recommendation of Magistrate Judge Baxter is hereby **ADOPTED**, and:

        1. Defendant's motion for summary judgment, dkt. # 19, is hereby **GRANTED;** and

        2. Plaintiff's Complaint is **DISMISSED IN ITS ENTIRETY**.

**IT IS SO ORDERED.**

_____
Thomas J. McAvoy
Senior, U.S. District Judge

Dated: May 20, 2016.